746

No. 527. STEVENS, ADMINISTRATRIX, v. MEGAN, TRUS-TEE. November 15, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit, and motion for leave to proceed further *in forma pauperis*, denied. *Mr. John A. Senneff, Jr.*, for petitioner. *Messrs. A. A. McLaughlin, George E. Hise*, and *James C. Davis, Jr.*, for respondent.

No. 478. LOUISIANA & ARKANSAS RY. CO. v. FRANCIS. November 15, 1937. Petition for writ of certiorari to the Supreme Court of Louisiana denied. *Messrs. A. L. Burford* and *R. E. Milling, Jr.*, for petitioner. No appearance for respondent.

No. 483. WILSON ET AL. v. FISHER ET AL. November 15, 1937. Petition for writ of certiorari to the Court of Civil Appeals, 3d Supreme Judicial District, of Texas, denied. *Mr. John D. Cofer* for petitioners. No appearance for respondents.

No. 489. JOHN II ESTATE, LTD., v. UNITED STATES. November 15, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Benjamin Lodge Marx* for petitioner. *Solicitor General Reed, Assistant Attorney General McFarland*, and *Mr. Oscar A. Provost* for the United States.

No. 490. SHINGLE ET AL. v. UNITED STATES. November 15, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Benjamin Lodge Marx* for petitioners. *Solicitor General Reed, Assistant Attorney General McFarland*, and *Oscar*